IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

UNITED STATES OF AMERICA

vs.

CR. NO: __9:25-cr-00564__-BHH

CASTON BROWN

**PLEA**

The defendant, Caston Brown, having waived Indictment on April 10, 2025, pleads **GUILTY** to Count 1 of the Information Indictment after arraignment in open court.

_____
Defendant

April 10th, 2025
Charleston, South Carolina